**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MORGAN ROE, *et al*. | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-00171 |
| REGINALD LA'VINCIENT WILSON, *et al*., | ) ) ) ) | |
| *Defendants*. | ) ) | |

## **NOTICE**

PLEASE TAKE NOTICE that Plaintiffs will today, December 17, 2018, file a motion for partial summary judgment against the District of Columbia.  Plaintiffs will also file motions for leave and to file out of time amended memoranda of opposition to the motions to dismiss filed by Defendants District of Columbia and Reginald La'Vincient Wilson.

Respectfully submitted December 17, 2018.

             ___/s/_ Gerald L. Gilliard_____
             Gerald L. Gilliard, Esq.
             D.C. Bar No. 497726
             THE LAW OFFICE OF GERALD L. GILLIARD, ESQ., LLC
             1629 K Street NW, Suite 300
             Washington, DC 20006
             Telephone: (202) 827-9753
             Fax: (202) 478-1783
             E-Mail: ggilliard@employmentlegalteam.com