**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MORGAN ROE, *et al.* )<br> )<br>*Plaintiffs*, )<br> )<br>v. )<br> )<br>REGINALD LA'VINCIENT WILSON, )<br>*et al.*, )<br> )<br>*Defendants*. )<br> ) | Civil Action No. 1:18-cv-00171 |

## AMENDED NOTICE

PLEASE TAKE NOTICE that Plaintiffs will today, Tuesday, December 18, 2018, file a motion for partial summary judgment against the District of Columbia. Plaintiffs will also file a motion for leave to file out of time amended memoranda of opposition to the motions to dismiss filed by Defendants District of Columbia [ECF No. 65] and Reginald La'Vincient Wilson [ECF No. 67].

Respectfully submitted December 18, 2018.

    /s/ Gerald L. Gilliard
Gerald L. Gilliard, Esq.
D.C. Bar No. 497726
THE LAW OFFICE OF GERALD L. GILLIARD, ESQ., LLC
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 827-9753
Fax: (202) 478-1783
E-Mail: ggilliard@employmentlegalteam.com