### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MORGAN ROE, a minor, by his parent and next friend, JOHN DOE NO. 1, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:18-CV-00171 (CRC) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et. al.,* | ) ) | |
| Defendants. | ) ) ) | |

### DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO STRIKE PLAINTIFFS' THIRD AMENDED COMPLAINT[1]

Defendant District of Columbia (the District), by and through counsel, and pursuant to Fed. R. Civ. P. 7, moves to strike Plaintiffs' Third Amended Complaint.  [86].  While Fed. R. Civ. P. 15 allows for a party to file an amended complaint, Plaintiffs' filing is not in accordance with Rule 15.  Plaintiffs have already amended the Complaint as a matter of course and have also amended the Complaint with the Court's approval.  However, Plaintiffs never discussed their intent to file a third amended complaint with the District nor did they seek leave of Court for their filing.  Therefore, the Court should strike Plaintiffs' Third Amended Complaint.

In further support of its motion, the District has attached a memorandum of point and authorities, along with a Proposed Order.

**Dated: December 20, 2018**                    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General

---

[1]      Although this complaint is docketed as a Second Amended Complaint, it is in fact a Third Amended Complaint.

Civil Litigation Division

/s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I


/s/ Kerslyn D. Featherstone
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
EMMA LOMAX[2]
Assistant Attorneys General
Office of the Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Phone: (202) 724-6600; (202) 807-0375; (202) 727-6295
Fax: (202) 741-8924; (202) 715-7821
Email: kerslyn.featherstone@dc.gov;
emma.lomax@dc.gov

*Counsel for Defendant District of Columbia*


## LCvR 7(m) CERTIFICATION

On December 19, 2018, undersigned counsel reached out to Plaintiffs and Co-Defendant regarding the relief herein sought. Co-Defendant consents to the relief sought. Undersigned counsel received an out of office message from Plaintiffs' counsel that reflects he will be out of the office until January 2, 2019, and will not have access to email during this time. However, that same evening Plaintiffs belatedly filed a motion for leave to amend their opposition filing. Given undersigned counsel's inability to discuss the relief sought herein with Plaintiffs' counsel, this motion should be treated as a contested motion.

---

[2]     Admitted to practice only in the state of Texas. Practicing in the District of Columbia under the direct supervision of Patricia A. Oxendine, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c)(4).

_/s/ Kerslyn D. Featherstone_____
 KERSLYN D. FEATHERSTONE
Senior Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
MORGAN ROE., a minor, by his parent and,)
next friend, JOHN DOE NO. 1,             )
                                                      )
          Plaintiffs,                         )
                                                      )          C.A. No. 1:18-CV-00171 (CRC)
          v.                                    )
                                                      )
District of Columbia, *et al*.,            )
                                                      )
          Defendants.                       )
_____ )

### DEFENDANT DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendant District of Columbia (the District), by and through counsel, submits this memorandum of points and authorities in support of its Motion to Strike Plaintiffs' Third Amended Complaint.

### BACKGROUND

This case involves Plaintiffs' allegations that while Morgan Roe, a minor, was a student at Eaton Elementary School, he was sexually assaulted by Reginald Wilson, his teacher. *See* Am. Compl. [60, 62].   Plaintiffs' initial complaint was filed on January 26, 2018.  Compl. [1]. On March 9, 2018, Plaintiffs filed an amended complaint as a matter of course.  Am. Compl. [18].  On March 10, 2018, Plaintiffs filed a motion for leave to file their second Amended Complaint.  Pls.' Mot. [19].  On March 24, 2018, Plaintiff filed a Motion to Amend/Correct the March 9, 2018 amended complaint.  Pls.' Mot. [31].  On June 5, 2018, Plaintiffs filed a notice of filing of renewed motion to file a second amended complaint and to file tort claims against the District of Columbia.  Pls.' Mot. [40].  On June 27, 2018, Plaintiffs filed their renewed Motion to

Amend/Correct Complaint one day after the deadline the Court allowed for the filing.  Mot. To

Amend [44].  The Motion was opposed by both Defendants.  Defs.' O'ppns [47, 49].  On

September 14, 2018, the Court granted in part, and denied in part Plaintiffs' motion to amend.

Order [59].  On September 29, 2018, pursuant to the Court's order, Plaintiffs filed a second

amended complaint.  2d Am. Compl. [62].  On October 15, 2018, Defendant District of

Columbia moved to dismiss Plaintiffs' 2d Amended Complaint.    Def.'s. Opp'n [66].

On December 18, 2018, Plaintiffs filed a third amended complaint.  3D Am. Compl. [86].

The District now moves to strike Plaintiffs' third amended complaint.

## **LEGAL STANDARD**

Pursuant to Fed. R. Civ. P. 7, "[a]pplication to the Court for an order shall be by motion

which, unless made during a hearing or trial, shall be made in writing, shall state with

particularity the grounds therefor, and shall set forth the relief or order sought."

Under Fed. R. Civ. P. 15, "[a] party may amend its pleading once as a matter of course

within:

(A) 21 days after serving it, or

(B) if the pleading is one to which a responsive pleading is required, 21 days after service

of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f),

whichever is earlier.

(2) Other Amendments. In all other cases, a party may amend its pleading only with the

opposing party's written consent or the court's leave. The court should freely give leave when

justice so requires."

## **ARGUMENT**

As is shown herein, given the express language of Fed. R. Civ. P. 15, Plaintiffs' failure to comply with either the plain meaning or spirit of the Rule requires that their third amended complaint be stricken as a matter of course. *First*, while Rule 15 allows a party to amend once as a matter of course, Plaintiffs already amended their Complaint once as a matter of course. *See* Am. Compl. [18]. *Second,* Rule 15 also allows amendments to be made 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier. Even if the Court uses the date the District filed it motion to dismiss Plaintiffs' second amended complaint as a benchmark for starting the 21-day clock, the filing is untimely. The District's motion to dismiss was filed on October 15, 2018, yet Plaintiffs' third amended complaint was not filed until December 18, 2018, which is clearly more than 21 days after the motion was filed. *See* District's Mot. To Dismiss [65], Third Am. Compl. [86]. *Finally,* the only other available option for Plaintiffs to amend their Complaint was to seek leave of Court to do so but they failed to do so. *See* Court's dkting. Consequently, Plaintiffs' third amended complaint should be stricken from the record.

## **CONCLUSION**

For the reasons set forth above, the Court should grant the District's motion to strike Plaintiffs' third amended complaint.

**Dated: December 20, 2018**            Respectfully submitted,

                                                           KARL A. RACINE
                                                           Attorney General for the District of Columbia

                                                           GEORGE C. VALENTINE
                                                           Deputy Attorney General
                                                           Civil Litigation Division

\\

3

*/s/ Patricia A. Oxendine*

PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ Kerslyn D. Featherstone

KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
EMMA LOMAX[3]
Assistant Attorneys General
Office of the Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Phone: (202) 724-6600; (202) 807-0375; (202) 727-6295
Fax: (202) 741-8924; (202) 715-7821
Email: kerslyn.featherstone@dc.gov;
emma.lomax@dc.gov

*Counsel for Defendant District of Columbia*

---

[3]     Admitted to practice only in the state of Texas.  Practicing in the District of Columbia under the direct supervision of Patricia A. Oxendine, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c)(4).

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
MORGAN ROE., a minor, by his parent and,)
next friend, JOHN DOE NO. 1,            )
                                              )
            Plaintiffs,                   )
                                              )   C.A. No. 1:18-CV-00171 (CRC)
            v.                              )
                                              )
District of Columbia, *et al*.,          )
                                              )
            Defendants.                 )
_____ )

## ORDER

Upon consideration of the Defendant District of Columbia's (the District) Motion to

Strike Plaintiffs' Third Amended Complaint, the Memorandum of Points and Authorities filed in

support thereof, Plaintiffs' opposition thereto, if any, and the entire record herein, it is this ____

day of _____, 2018, hereby,

**ORDERED:**  that the District's Motion is **GRANTED** for the reasons set forth therein;

and it is,

**FURTHER ORDERED:** that Plaintiffs' Third Amended Complaint is stricken from the

record.

        **SO ORDERED.**

                              _____
                              JUDGE CHRISTOPHER R. COOPER
                              U.S. DISTRICT COURT FOR THE
                              DISTRICT OF COLUMBIA