**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MORGAN ROE, *et al.*, | ) |
| *Plaintiffs*, | ) |
|  | ) C.A. No. 1:18-CV-00171 (CRC) |
| v. | ) |
| District of Columbia, *et al.*, | ) |
| *Defendants*. | ) |

**DEFENDANT DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THEIR OPPOSITION TO THE DISTRICT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant District of Columbia (the District), by and through counsel, files this opposition to Plaintiffs' motion to amend their opposition to the District's motion to dismiss their Second Amended Complaint and states as follows:

**PROCEDURAL HISTORY**

Given that the District filed its motion to dismiss on October 15, 2018, Plaintiffs' original response thereto was due by October 29, 2018. *See* Mot. To Dismiss [65]. *See also* LCvr 7(b). However, by consent, on October 26, 2018, Plaintiffs moved the Court to extend their deadline to respond to the District's motion to dismiss until November 13, 2018. Pls.' Mot. To Extend [66]. That motion was granted on October 29, 2018. Minute Order, dated October 29, 2018. On November 12, 2018, Plaintiffs filed an emergency motion to extend their deadline to respond to the District's motion until November 27, 2018. Pls.' Emergency Mot. To Extend [71]. That next day, on November 13, 2018, Plaintiffs amended their motion to extend. Am. Mot. [72]. That motion was granted on

November 13, 2018. *See* November 13, 2018 Minute Order. On November 27, 2018, Plaintiffs moved to again extend their time to respond to the District's motion until December 11, 2018. Pls.' Mot. To Extend [78]. By Minute Order dated November 27, 2018, the Court again granted Plaintiffs' Motion to Extend but made clear that "[n]o further extensions will be granted. If Plaintiffs fail to file their responses to the motions to dismiss by December 11, 2018, those motions will be considered conceded. Because granting these extensions pushes the Defendants' deadlines to reply close to the holidays, Defendants shall file their replies on or before January 3, 2019." *See* November 27, 2018 Minute Order. On December 5, 2018, Plaintiffs moved to extend their deadline by two months to respond to the District's motion to dismiss their Second Amended Complaint. Pls.' Mot. To Extend [79]. The Court denied that motion on December 6, 2018. *See* December 6, 2018 Minute Order. On December 11, 2018, Plaintiffs filed their opposition to the District's motion to dismiss their Second Amended Complaint. Pls.' Opp'n [82]. On December 17, 2018, Plaintiffs filed a Notice indicating their intent to file a motion to amend their opposition to the District's motion to dismiss their Second Amended Complaint filed on December 11, 2018. Pls.' Notice [83]. On December 17, 2018, Plaintiffs filed an amended notice stating their intent to move for leave to file an amended memorandum in opposition to the District's motion to dismiss their Second Amended Complaint. Pls.' Amended Notice [85]. On December 18, 2018, Plaintiff filed a Third Amended Complaint. *See* Third Amended Complaint [86]. On December 19, 2018, Plaintiffs filed a motion for leave to file an amended memorandum in opposition to the District's motion to dismiss their Second Amended Complaint, attaching the proposed amended memoranda in opposition to the motion. Pls.' Mot. For Leave to File Out of Time [87]. The District now opposes

Plaintiffs' motion for leave to file out of time their amended memoranda in opposition to the District's motion to dismiss their Second Amended Complaint.

## ARGUMENT

Throughout this litigation, Plaintiffs have disregarded or otherwise simply not complied with Court ordered deadlines.  *See* Court's docketing.  The Court should summarily deny Plaintiffs' motion for leave to amend their filed memoranda in opposition to the District's motion to dismiss their Second Amended Complaint as it is an attempt to flagrantly circumvent the Court's November 27, 2018, and December 5, 2018 Orders denying their motions to yet again extend their deadline to respond to the District's motion to dismiss their Second Amended Complaint.  In both Orders, the Court *made clear* that no additional extensions would be granted.  *See* November 27, 2018, and December 5, 2018 Minute Orders.  Yet, Plaintiffs have once again sought leave to extend this very deadline, albeit by way of moving to amend their memoranda opposition filed in accordance with those Orders.  The District has been unduly prejudiced by Plaintiffs' game playing and this new tactic should not be countenanced by this Court.  Given that the Court ordered the District to file its reply to Plaintiffs' opposition by January 3, 2019, the District chose to timely meet this deadline and filed its reply on December 21, 2018, rather than work on the filing during their committed leave beginning on December 24, 2018, until January 2, 2019, or move to extend the January 3, 2019 deadline.  Plaintiffs should not be allowed to repeatedly change the goal post by amending their filings or by mooting the District's filed motions by amending their Complaint. Accordingly, the District urges this Court to deny Plaintiffs' motion.

Date:  December 21, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　/s/ *Patricia A. Oxendine*_____
　　　　　　　　　　　　　　　　　　　　PATRICIA A. OXENDINE
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 428132
　　　　　　　　　　　　　　　　　　　　Chief, Civil Litigation Division, Section I

　　　　　　　　　　　　　　　　　　　　*/s/ Kerslyn D. Featherstone*_____
　　　　　　　　　　　　　　　　　　　　KERSLYN D. FEATHERSTONE
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 478758
　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　EMMA LOMAX[1]
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　441 4th Street, N.W., Suite 630 South
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　Phone:  (202) 724-6600; (202) 807-0375;
　　　　　　　　　　　　　　　　　　　　(202) 727-6295
　　　　　　　　　　　　　　　　　　　　Fax:  (202) 715-8924; (202) 715-7821
　　　　　　　　　　　　　　　　　　　　E-mail:  kerslyn.featherstone@dc.gov;
　　　　　　　　　　　　　　　　　　　　emma.lomax@dc.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for the District of Columbia*

.

---

[1]　　Admitted to practice only in the state of Texas.  Practicing in the District of Columbia under the direct supervision of Patricia A. Oxendine, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c)(4).